| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CABN 44332)<br>United States Attorney |
| 2 | |
| 3 | BRIAN J. STRETCH (CABN 163973)<br>Chief, Criminal Division |
| 4 | EUMI L. CHOI (WVBN 722)<br>Assistant United States Attorney |
| 5 | 150 Almaden Boulevard, Suite 900<br>San Jose, CA 95113 |
| 6 | Telephone: (408) 535-5061<br>Fax: (408) 535-5066 |
| 7 | E-Mail: eumi.choi@usdoj.gov |
| 8 | Attorneys for Plaintiff<br>United States of America |

**FILED**

DEC 2 2 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ABDULLAHI MOHAMUD SULEIMAN<br>and HASSAN EGAL,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) | No. CR  09-71014 MISC HRL<br><br>STIPULATION AND [PROPOSED]<br>ORDER VACATING DECEMBER 22,<br>2009 COURT APPEARANCE |

The United States of America, by and through its attorney, the United States Attorney for the Northern District of California, and counsel for both above-named defendants hereby respectfully

//
//
//
//
//

STIPULATION AND [PROPOSED] ORDER
VACATING DECEMBER 22, 2009
COURT APPEARANCE

request that the court appearance scheduled for December 22, 2009 be vacated based upon a potential dismissal of the charges contained in the previously issued complaints.

Dated: December 21, 2009

JOSEPH P. RUSSONIELLO
United States Attorney

/S/
EUMI L. CHOI
Assistant U.S. Attorney

/S/
RICHARD WEESE, Esq.
Counsel for Defendant Egal

/S/
STEPHEN P. NARATIL
Counsel for Defendant Suleiman

## ORDER

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the hearing scheduled for December 22, 2009, is hereby vacated.

IT IS SO ORDERED.

DATED: 12/22/09

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE