1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  EUMI L. CHOI (WVBN 722)
   Assistant United States Attorney
5     150 Almaden Boulevard, Suite 900
      San Jose, CA 95113
6     Telephone: (408) 535-5061
      Fax:  (408) 535-5066
7     E-Mail: eumi.choi@usdoj.gov

8  Attorneys for Plaintiff
   United States of America
9

**FILED**

DEC 2 8 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                     SAN JOSE DIVISION

13

14  UNITED STATES OF AMERICA,        )   No. CR  09-71014 MISC HRL
                                     )
15       Plaintiff,                  )   MOTION TO DISMISS THE COMPLAINT
                                     )
16  v.                               )
                                     )
17  ABDULLAHI MOHAMUD SULEIMAN       )
    and HASSAN EGAL,                 )
18                                   )
         Defendants.                 )
19  _____)

20       The United States of America, by and through its attorney, the United States Attorney for the

21  Northern District of California, hereby moves the Court to dismiss without prejudice the

22  //

23  //

24  //

25  //

26  //

27  //

28

MOTION TO DISMISS
THE COMPLAINT

previously-issued complaint and the charge contained therein in this matter against both defendants.

Dated: December 23, 2009

                              JOSEPH P. RUSSONIELLO
                              United States Attorney

                              _____/S/_____
                              EUMI L. CHOI
                              Assistant U.S. Attorney

**ORDER**

Based upon the motion of the United States, the Court hereby ORDERS that the criminal complaint previously issued against the defendants, Hassan Egal and Abdullahi Mohamud Suleiman, and the charge contained therein in this matter is hereby dismissed without prejudice.

IT IS SO ORDERED.

DATED: 12/25/09

                              HOWARD R. LLOYD
                              UNITED STATES MAGISTRATE JUDGE